UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JASON SCHWARTZ, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:17-cv-00345-LJM-MJD |
| ANN CONNER, ATTLEY Sgt. (C.O.), SMITTY (C.O.), BOBBI Nurse, CHAVEZ Dr., ROBTOY Dr., ALECIA HUFF, | ) |
| Defendants. | ) |

**Entry Denying Motion to Appoint Counsel,
Denying as Moot Motion for Leave to Proceed *In Forma Pauperis*,
And Discussing Amended Complaint**

**I. Motion to Appoint Counsel**

Plaintiff's second motion to appoint counsel, dkt. [10], is **denied** as premature. His first motion to appoint counsel was denied for the same reason, and nothing has changed. Defendants have not appeared nor have answers been filed. The Seventh Circuit has found that "until the defendants respond to the complaint, the plaintiff's need for assistance of counsel . . . cannot be gauged." *Kadamovas v. Stevens,* 706 F.3d 843, 845 (7th Cir. 2013).

**II. Motion for Leave to Proceed *In Forma Pauperis***

On June 16, 2017, the Court granted plaintiff's first motion for leave to proceed *in forma pauperis*. Dkts. 2, 9. The August 9, 2017, second motion, dkt. [11], is therefore **denied** as moot.

### III. Amended Complaint

Plaintiff's August 9, 2017, amended complaint, is almost identical to the original complaint. It (1) adds defendant Nurse Bobbi's last name, Riggs; (2) adds defendant C.O. Smitty's first name, Denver; and (3) changes the spelling of defendant Sgt. Attley's name to Athley. The only factual allegation added is that when Sgt. Athley and C.O. Smitty carried plaintiff from his cell to the medical bay, they also dragged him there.

The amended complaint must be screened pursuant to 28 U.S.C. § 1915A. Screened liberally, as the Court must, the amended complaint may proceed. The allegation that plaintiff was dragged from his cell to the medical bay will be part of his Eighth Amendment claim against defendants Sgt. Athley and C.O. Smitty.

The amended complaint will be the operative complaint. **The clerk is directed** to update the docket to show Sgt. Attley's name as "Sgt. Athey," add the first name "Denver" to C.O. Smitty's name, and add the last name "Riggs" to Nurse Bobbi.

### IV. Issuance of Process

Because a last name has been added to the named defendants, two other defendants have name changes, and the operative complaint is now the amended complaint filed August 9, 2017, the Court elects to have process re-issued to all defendants.

The **clerk is designated** pursuant to *Fed. R. Civ. P.* 4(c)(3) to issue process to defendants (1) Sgt. Athey, (2) C/O Denver Smitty, (3) Nurse Bobbi Riggs, (4) Nurse Ann Connor, (5) Dr. Chavez, (6) Dr. Robtoy, and (7) Nurse Alecia Huff in the manner specified by Rule 4(d). Process shall consist of the amended complaint, dkt. 12, the screening entry

of July 26, 2017, dkt. 6, applicable forms (Notice of Lawsuit and Request for Waiver of Service of Summons and Waiver of Service of Summons), and this Entry.

**IT IS SO ORDERED**.

Date: __8/11/2017__

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Jason Schwartz, #137123
Wabash Valley Correctional Facility
Electronically Registered Counsel - Court Only

Ann Conner, Nurse
Wabash Valley Correctional Facility
6908 S. Old Us Hwy 41
P.O. Box 1111
Carlisle, IN 47838

Nurse Bobbi Riggs
Wabash Valley Correctional Facility
6908 S. Old Us Hwy 41
P.O. Box 1111
Carlisle, IN 47838

Dr. Chavez
Wabash Valley Correctional Facility
6908 S. Old Us Hwy 41
P.O. Box 1111
Carlisle, IN 47838

Dr. Robtoy
Wabash Valley Correctional Facility
6908 S. Old Us Hwy 41
P.O. Box 1111
Carlisle, IN 47838

Distribution Continued

Alecia Huff, RN
Wabash Valley Correctional Facility
6908 S. Old Us Hwy 41
P.O. Box 1111
Carlisle, IN 47838

By Electronic Service:
	C/O Denver Smitty, Wabash Correctional Facility
	Sgt. Athey, Wabash Correctional Facility

Courtesy Copy to:

Jeb Adam Crandall
Bleeke Dillon Crandall Attorneys
8470 Allison Pointe Boulevard
Suite 420
Indianapolis, IN 46250